No. 2023-1217

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

US SYNTHETIC CORP.,

Appellant

v.

INTERNATIONAL TRADE COMMISSION,

Appellee

Appeal from the United States International Trade Commission
Investigation No. 337-TA-1236

UNOPPOSED MOTION OF ZHENGZHOU NEW ASIA SUPERHARD
MATERIAL COMPOSITE CO., LTD.,
SHENZHEN HAIMINGRUN SUPERHARD MATERIALS CO., LTD. AND
GUANGDONG JUXIN NEW MATERIAL TECHNOLOGY CO., LTD.
FOR LEAVE TO INTERVENE IN THE APPEAL

1

## INTEREST OF MOVANT AND GROUNDS FOR INTERVENTION

Pursuant to Federal Rule of Appellate Procedure 15(d) and published Practice Notes to Federal Circuit Rule 15, Zhengzhou New Asia Superhard Material Composite Co., Ltd., Shenzhen Haimingrun Superhard Materials Co., Ltd. and Guangdong Juxin New Material Technology Co., Ltd. (collectively, "Movants") respectfully move for leave to intervene in this appeal brought by Appellant US Synthetic Corporation ("Appellant" or "USS") from determinations by the United States International Trade Commission (the "Commission") in Investigation No. 337-TA-1236, entitled *Certain Polycrystalline Diamond Compacts and Articles Containing Same*. Intervention is appropriate because Movants were respondents in Investigation No. 337-TA-1236 before the Commission, and Movants' interests are directly at issue in this appeal.

Pursuant to Federal Circuit Rule 27(a)(2), Counsel for Movants discussed this motion with counsel for Appellant and the Commission. Both the Commission and Appellant stated that they do not oppose this motion.

Movants should be permitted to intervene in this appeal because they were the respondents and the prevailing parties in the underlying investigation at issue in this appeal. This Court has regularly held that intervention is appropriate in these circumstances. *See, e.g.*, Order, *Mahindra & Mahindra Ltd. v. ITC*, No. 20-2173 (Fed. Cir. Sept. 15, 2020), ECF No. 10; Order, *Jennewein Biotechnologie GmbH v.*

*ITC, No. 20-2220* (Fed. Cir. Oct. 5, 2020), ECF No. 11; Order, *Autel Robotics USA LLC v. ITC, No. 21-1082* (Fed. Cir. Nov. 16, 2020), ECF No. 10; and Order, *Tela Innovations, Inc. v. ITC* (Fed. Cir. Jan. 6, 2021), ECF No. 10. Indeed, as the Court has recognized, parties who prevailed before the Commission are "entitled to participate in [the ensuing] appeal" as intervenors. *Surface Tech., Inc. v. Int'l Trade Comm'n*, 780 F.2d 29, 30-31 (Fed. Cir. 1985).

Movants' interests will be directly affected by the outcome of this appeal. The Commission has determined that Movants did not violate Section 337 based on any of USS's allegations before the Commission and at issue here. USS seeks to overturn appealable portions of that determination and related findings, orders, and decisions in the investigation. Thus, this appeal has the potential to affect Movants' legal rights and business directly, and Movants are uniquely situated to address USS's appeal arguments. The Commission has no affiliation with or interest in defending Movants, and thus the Commission may not adequately represent Movants' interests. Accordingly, Movants should be permitted to intervene in this appeal.

                                              Respectfully submitted,

Dated: December 29, 2022          /s/ Theodore J. Angelis
                                          Theodore J. Angelis
                                          K&L Gates LLP
                                          925 4th Avenue, Suite 2900
                                          Seattle, WA 98104
                                          Phone: 206-623-7580
                                          Email: theo.angelis@klgates.com

Darlene F. Ghavimi-Alagha
2801 Via Fortuna, Suite 650
Austin, TX 78746
Phone: +1.512.482.6800
Fax: +1.512.482.6859
Email: Darlene.Ghavimi@klgates.com

Jas Dhillon
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone: +1.415.882.8200
Fax: +1.415.882.8220
Email: jas.dhillon@klgates.com

George C. Summerfield
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: +1.312.372.1121
Fax: +1.312.827.8000
Email: George.Summerfield@klgates.com

Timothy P. Walker
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Phone: +1.415.882.8200
Fax: +1.415.882.8220
Email: timothy.walker@klgates.com

**Counsel for Movants Zhengzhou New Asia Superhard Material Composite Co., Ltd., Shenzhen Haimingrun Superhard Materials Co., Ltd. and Guangdong Juxin New Material Technology Co., Ltd.**

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion on counsel of record on December 29, 2022 by Electronic Means (by E-mail or CM/ECF).

    /s/ Theodore J. Angelis
Theodore J. Angelis, WSBA # 30300
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: theo.angelis@klgates.com

FORM 19. Certificate of Compliance with Type-Volume Limitations                    Form 19
                                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2021-1217

**Short Case Caption:** US Synthetics Corp. v. ITC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [✓] the filing has been prepared using a proportionally-spaced typeface and includes __397__ words.

- [ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

- [ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 12/29/2022          Signature: /s/ Theodore J. Angelis

                          Name: Theodore J. Angelis

Save for Filing