**2023-1217**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

US SYNTHETIC CORP.,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

SF DIAMOND CO., LTD., SF DIAMOND USA, INC., ILJIN DIAMOND CO., LTD., ILJIN HOLDINGS CO., LTD., ILJIN USA INC., ILJIN EUROPE GMBH, ILJIN JAPAN CO., LTD., ILJIN CHINA CO., LTD., INTERNATIONAL DIAMOND SERVICES, INC., ZHENGZHOU NEW ASIA SUPERHARD MATERIAL COMPOSITE CO., LTD., SHENZHEN HAIMINGRUN SUPERHARD MATERIALS CO., LTD., GUANGDONG JUXIN NEW MATERIAL TECHNOLOGY CO., LTD.,
*Intervenors*

Appeal from the United States International Trade
Commission in Investigation No. 337-TA-1236

**UNOPPOSED MOTION OF APPELLANT US SYNTHETIC CORP.
FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Circuit Rules 26(b) and 31(a), Appellant US Synthetic Corporation ("Appellant" or "USS") moves for a 52-day extension of time to file its reply brief. The brief is currently due on September 18, 2023. The 52-day extension of time will extend the due date to November 9, 2023. USS previously requested and

received a 60-day extension of time for filing its opening brief (D.I. 31). Counsel for Appellee and Intervenors do not oppose the requested extension.

As explained in the accompanying declaration, this motion is made in good faith by counsel and not for the purpose of delay or other procedural advantage. The requested extension is needed to account for the time lost due to professional obligations. It will allow Appellant and its counsel sufficient time to fully prepare its reply brief in response to Appellee's and Intervenor's briefs.

For the foregoing reasons, USS respectfully requests a 52-day extension of time within which to file its reply brief, up to and including November 9, 2023.

Date: September 8, 2023                   Respectfully submitted,

                                                  */s/ Daniel C. Cooley*
Daniel C. Cooley
J. Derek McCorquindale
Brandon T. Anderson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

James R. Barney
Mareesa A. Frederick
Christina Ji-Hye Yang
Alexander E. Harding
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Appellant US Synthetic Corporation*

# 2023-1217

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

US SYNTHETIC CORP.,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

SF DIAMOND CO., LTD., SF DIAMOND USA, INC., ILJIN DIAMOND CO., LTD., ILJIN HOLDINGS CO., LTD., ILJIN USA INC., ILJIN EUROPE GMBH, ILJIN JAPAN CO., LTD., ILJIN CHINA CO., LTD., INTERNATIONAL DIAMOND SERVICES, INC., ZHENGZHOU NEW ASIA SUPERHARD MATERIAL COMPOSITE CO., LTD., SHENZHEN HAIMINGRUN SUPERHARD MATERIALS CO., LTD., GUANGDONG JUXIN NEW MATERIAL TECHNOLOGY CO., LTD.,
*Intervenors*

Appeal from the United States International Trade
Commission in Investigation No. 337-TA-1236

### DECLARATION OF DANIEL C. COOLEY

I, Daniel C. Cooley, declare as follows:

1.　I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. I am the principal counsel for US Synthetic Corporation ("USS") in this appeal.

1

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of USS's motion for a 52-day extension of time to file its reply brief.

3. All facts set forth in USS's motion are, to the best of my knowledge, true and correct, and are based either on my personal knowledge or on conversations I have had with other attorneys working on this appeal.

4. USS requests an extension of time of 52 days to file its reply brief to account for professional obligations.

5. This motion is made in good faith and not for the purpose of delay or other procedural advantage.

6. Counsel for the Appellee and Intervenors have indicated that they do not oppose this request.

Under 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Date: September 8, 2023                Respectfully submitted,

                                       /s/ Daniel C. Cooley
                                       Daniel C. Cooley

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number:** 2023-1217

**Short Case Caption:** US Synthetic Corp. v. ITC

**Filing Party/Entity:** US Synthetic Corp.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: September 8, 2023        Signature: /s/ Daniel C. Cooley

                               Name:      Daniel C. Cooley

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| US Synthetic Corporation |  | ChampionX Corporation |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐  Additional pages attached

2

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this **court** for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable         ☐   Additional pages attached

| Kelly S. Horn<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Yicong (Eve) Du<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Smith R. Brittingham, IV<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
|---|---|---|
| David K. Mroz<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Michael E. Kudravetz<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Robert K. High<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Sonja Salhsten<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Ruohan (Jack) Li<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>(no longer with the firm) | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☒   Yes (file separate notice; see below)     ☐   No     ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒   None/Not Applicable     ☐   Additional pages attached

3

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1217

**Short Case Caption:** US Synthetic Corp. v. ITC

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __167__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 09/08/2023

Signature: /s/ Daniel C. Cooley

Name: Daniel C. Cooley