NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**US SYNTHETIC CORP.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SF DIAMOND CO., LTD., SF DIAMOND USA, INC., ILJIN DIAMOND CO., LTD., ILJIN HOLDINGS CO., LTD., ILJIN USA INC., ILJIN EUROPE GMBH, ILJIN JAPAN CO., LTD., ILJIN CHINA CO., LTD., INTERNATIONAL DIAMOND SERVICES, INC., ZHENGZHOU NEW ASIA SUPERHARD MATERIAL COMPOSITE CO., LTD., SHENZHEN HAIMINGRUN SUPERHARD MATERIALS CO., LTD., GUANGDONG JUXIN NEW MATERIAL TECHNOLOGY CO., LTD.,**
*Intervenors*

---

2023-1217

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1236.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# ORDER

Guangdong Juxin New Material Technology Co., Ltd., International Diamond Services, Inc., SF Diamond Co., Ltd., SF Diamond USA, Inc., Shenzhen Haimingrun Superhard Materials Co., Ltd. and Zhengzhou New Asia Superhard Material Composite Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

May 20, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1] Circuit Judge Newman did not participate.